IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTIS L. PARKER,
Plaintiff,

v.

Case No. 19–CV–00101–JPG

ALLSTATE INDEMNITY COMPANY,
Defendant.

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs.

**Dated: Tuesday, May 12, 2020**         **MARGARET M. ROBERTIE**
                                         **CLERK OF COURT**

                                         **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**